LAW OFFICES OF IAN L. MATTOCH

IAN L. MATTOCH 898-0
ian@ianmattoch.com
IAN SCOTT MATTOCH 7251-0
scott@ianmattoch.com
Suite 1835, Pacific Guardian Center
737 Bishop Street
Honolulu, Hawai`i 96813
Telephone: 808-523-2451
Facsimile: 808-531-2652

Attorneys for Plaintiffs

UNITED STATES DISTRICT COURT

DISTRICT OF HAWAII

| | |
|---|---|
| STEVEN ESTABROOK,<br><br>Plaintiff,<br>vs.<br><br>UNITED STATES OF AMERICA,<br><br>Defendant. | CIVIL NO.:____________________<br><br>COMPLAINT; SUMMONS |

COMPLAINT

Comes now Plaintiff STEVEN ESTABROOK ("Plaintiff"), by and through his attorneys, the Law Offices of Ian L. Mattoch, and for a Complaint against the above-captioned Defendant, hereby alleges, avers and affirms as follows:

1. At all times relevant herein, Plaintiff STEVEN ESTABROOK was a resident of the City and County of Honolulu, State of Hawaii.

2. Defendant UNITED STATES OF AMERICA ("Defendant USA") is a sovereign Government which has consented to be sued as a private party in tort cases pursuant to the Federal Tort Claims Act, 28 U.S.C. § 2674, and other applicable federal laws. This is a motor vehicle striking a bicyclist personal injury claim under the Federal Tort Claims Act ("FTCA").

3. The Court has subject matter jurisdiction under 28 U.S.C. §§ 1346(b), 2671 *et. seq*.

4. Venue is asserted pursuant to 28 USC § 1391(e).

5. Plaintiff exhausted his administrative remedies in that (1) a timely administrative claim was filed with the appropriate federal agency of the United States Government on September 27, 2018, and (2) at least six months has passed since the filing of the administrative claim with no final denial or other final action by said federal agency.

COUNT I – NEGLIGENCE

6. On or about July 10, 2018, at approximately 2:00 p.m., Plaintiff STEVEN ESTABROOK was riding his bicycle on Kamehameha Highway, in the City and County of Honolulu, State of Hawaii, and had traveled a little over a mile from his home when the accident occurred.

7. Concurrently, a Humvee driven by Reed Kennedy struck Plaintiff STEVEN ESTABROOK's bike as he was riding in the shoulder lane ("subject incident").

8. U.S. Government employee Reed Kennedy's acts and omissions in causing the subject incident were negligent, careless, and in disregard of the rules of the road.

9. On or about July 10, 2018, and at all times relevant herein, U.S. Government employee Reed Kennedy acted in a careless and negligent manner in that he operated his Humvee in such a manner as to cause a collision between his vehicle and Plaintiff STEVEN ESTABROOK's bicycle.

10. At the time of the subject incident, and at all times relevant herein, Reed Kennedy was employed by Defendant USA, and Reed Kennedy was acting entirely within the course and scope of his employment. Defendant USA is liable for the wrongful conduct of Reed Kennedy pursuant to the doctrines of vicarious liability, respondeat superior, master-servant, and ostensible agency.

11. As a direct and proximate result of the negligence of Reed Kennedy, which Defendant USA is legally responsible for, Plaintiff STEVEN ESTABROOK sustained severe and permanent injuries, suffered serious mental and emotional distress, and incurred and will continue to incur medical and

rehabilitative expenses, among other categories of general and special damages as will be shown at the time of trial.

COUNT II – NEGLIGENT INFLICTION OF EMOTIONAL DISTRESS

12. Plaintiff realleges and incorporates by reference all of the allegations contained in the Complaint as though fully set forth and repeated here.

13. Defendant USA's conduct through its negligent employee constitutes negligent infliction of emotional distress.

14. Plaintiff STEVEN ESTABROOK is entitled to compensation for past and future medical expenses, other out-of-pocket expenses, pain and suffering, severe emotional distress and mental anguish, the loss of future enjoyment of life and other special and general damages allowed by law.

WHEREFORE, Plaintiff STEVEN ESTABROOK demand judgment against Defendant USA for general and special damages in amounts that will be proven at trial, and for their costs, interest from the date the incident, reasonable attorneys' fees, and such other relief as the Court deems just and proper.

DATED: Honolulu, Hawaii, JAN 20 2020.

IAN L. MATTOCH
IAN SCOTT MATTOCH
Attorneys for Plaintiff